IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW W. HALL and MICHAEL F. CAREY, <br>               *Plaintiffs*, <br><br> v. <br><br> ABINGTON MEMORIAL HOSPITAL, d/b/a ABINGTON HOSPITAL-JEFFERSON HEALTH, <br>               *Defendant.* | : <br> : <br> : <br> : <br> : CIVIL NO. 22-2429 <br> : <br> : <br> : <br> : <br> : <br> : |

## ORDER

AND NOW, this **10th** day of **March 2025**, for the reasons stated in the accompanying Memorandum, it is **hereby ORDERED** that Defendant's Motion to Dismiss (ECF No. 30) be **GRANTED**. Plaintiffs' Amended Complaint (ECF No. 28) is dismissed with prejudice.

The Clerk is directed to **CLOSE** this case.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge